# Order

Michigan Supreme Court
Lansing, Michigan

August 3, 2021

162558

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PETER HORWOOD and IRINA HORWOOD,
     Plaintiffs-Appellants,

v

NORTH AMERICAN TITLE INSURANCE
COMPANY,
     Defendant-Appellee.

SC: 162558
COA: 350840
Livingston CC: 19-030217-CZ

_____/

     On order of the Court, the application for leave to appeal the December 22, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2021



Clerk

t0726